PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:22-MC-00218-KJM-DB |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATELY 2.69124 BITCOIN, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and potential claimant Rehan Saeed Alvi ("claimant"), by and through their respective counsel as follows:

1. On or about March 9, 2022, Homeland Security Investigations seized the above-referenced defendant assets pursuant to a Federal seizure warrant (hereafter collectively "defendant asset").

2. Under 18 U.S.C. §§ 983(a)(1)(A)(i)-(iv), and 983(a)(3)(A), the United States is required to send notice to potential claimants, file a complaint for forfeiture against the defendant assets, or obtain an indictment alleging that the defendant assets are subject to forfeiture within ninety days of seizure, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was July 12, 2022.

3. By Stipulation and Order filed July 21, 2022, the parties stipulated to extend to October 10, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to

forfeiture.

4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to January 9, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

5. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture shall be extended to January 9, 2023.

Dated:   10/07/22

PHILLIP A. TALBERT
United States Attorney

By:   /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated:   10/07/22

/s/ Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for Potential Claimant
Rehan Saeed Alvi
400 Capitol Mall, Suite 2560
Sacramento, CA 95814
P: 916.442.4022 | F: 916.442.4262
taj@tomjohnsonlaw.com

(Signatures authorized by email)

**IT IS SO ORDERED**.

DATED:  October 13, 2022.

CHIEF UNITED STATES DISTRICT JUDGE